IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JONATHAN A. GOWEN, *derivatively on behalf of* WHOLE FOODS MARKET, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § | 1:16-CV-392 |
| WALTER ROBB, et al., | § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is the above-entitled action. On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1). (Dkt. 27). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Court hereby **ORDERS, ADJUDGES, and DECREES** that Plaintiff's claims against all defendants in this action be dismissed without prejudice.

**IT IS FURTHER ORDERED** that all costs shall be taxed to the party incurring the same.

**IT IS FINALLY ORDERED** that this case is hereby **CLOSED**.

**SIGNED** on October 27, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE